PER CURIAM.
Affirmed. See Palm Coast Oxygen v. Pelkey, 364 So.2d 63 (Fla. 4th DCA 1978); Bagwell Lumber Company v. Department of Commerce, 353 So.2d 1261 (Fla. 2d DCA 1978); Pasco County School Board v. P. E. R. C., 353 So.2d 108 (Fla. 1st DCA 1977); McDonald v. Department of Banking and Finance, 346 So.2d 569 (Fla. 1st DCA 1977); Spaulding v. Florida Industrial Commission, 154 So.2d 334 (Fla. 3d DCA 1963); § 120.-68(10), Fla.Stat. (1977); and Fla.Admin. Code Rule 8B-5.11(3)(c).